**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

SANJUANA GARZA,

Plaintiff,

-vs- CASE NO.: 2:16-CV-00158-JES-MRM

PMAB, LLC

Defendant.
_________________________________/

**NOTICE OF PENDING SETTLEMENT**

Plaintiff, SANJUANA GARZA, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, SANJUANA GARZA, and Defendant, PMAB, LLC, have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

***/s/ Shaughn C. Hill***
SHAUGHN C. HILL, ESQUIRE
Florida Bar No. 0105998
MORGAN & MORGAN, TAMPA, P.A.
One Tampa City Center
201 N. Franklin Street, Suite 700
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402
Primary Email: SHill@ForThePeople.com
Secondary: LCrouch@ForThePeople.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7[TH] day of June, 2016, the foregoing document was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system; and, a copy of which was served via electronic mail to all parties requesting notification of such filings.

***/s/ Shaughn C. Hill***
ATTORNEY
Florida Bar #: 0098228